IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>        v.<br><br>DON DOUGLAS LOVELL,<br><br>                                   Defendant. | Case No. 3:18-CR-00026-JO<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

JONES, District Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective no sooner than 24 hours after the entry of the amended judgment. The term of imprisonment shall be followed by a three-year term of supervised release, with the conditions previously set forth in the amended judgment and the additional condition that the defendant shall remain on home confinement until August 10, 2022, at the direction of the probation officer.

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until 24 hours after it is entered on the docket.

Dated this 24th day of November, 2020.

                                              */s/ Robert E. Jones*
                                              Hon. Robert E. Jones
                                              United States District Court Judge